IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIAS SHELDON, )<br>on behalf of Plaintiff and the class members )<br>described below, )<br>     )<br>     Plaintiff, )<br>     )<br>     vs. )<br>     )<br>NORTHERN STAR LENDING LLC; )<br>CRYSTAL CHAPMAN-CHEVALIER; )<br>WOLF RIVER DEVELOPMENT COMPANY; )<br>and JOHN DOES 1-20, )<br>     )<br>     Defendants. ) | 1:25 |

> Dismissal acknowledged [23]. The Clerk is directed to close this case.
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: January 21, 2026

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Elias Sheldon ("Plaintiff") and Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier, and Wolf River Development Company (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

*s/ Madeline Brashear*
Daniel A. Edelman
Heather Kolbus
Madeline G. Brashear
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

*s/ Mark Bogdanowicz (with consent)*
Mark Bogdanowicz
SPENCER FANE, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100